1904.) Action by Mary Walsh against the General Fire Extinguisher Company, impleaded. No opinion. Motion denied.

WARNER, Appellant, v. WELLS et al., Respondents. (Supreme Court, Appellate Division, First Department. June 24, 1904.) Action by James H. Warner, as trustee, against Judson G. Wells and another. D. B. Melick, for appellant. E. S. Kalish, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

In re WASHBURN. (Supreme Court, Appellate Division, Second Department. June 22, 1904.) In the matter of the application of William D. Washburn for admission to the bar. No opinion. Application granted.

In re WEHRUM. (Supreme Court, Appellate Division, First Department. June 24, 1904.) In the matter of Charles C. Wehrum. No opinion. Motion granted.

In re WEHRUM et al. (Supreme Court, Appellate Division, First Department. June 29, 1904.) In the matter of Charles C. Wehrum and others. R. M. Morgan, for appellant. C. L. Guy, for respondent.

PER CURIAM. Order affirmed, with costs.

WELSBACH CO. v. NORWICH GAS & ELECTRIC CO. (Supreme Court, Appellate Division, Third Department. September 20, 1904.) Action by the Welsbach Company against the Norwich Gas & Electric Company.

PER CURIAM. Motion for leave to go to Court of Appeals granted, and questions certified as follows: (1) Was the complaint demurrable upon the ground that it appears upon the face thereof that the plaintiff did not have legal capacity to sue? (2) Was the complaint demurrable on the ground that facts are not therein stated sufficient to constitute a cause of action?

WESTCOTT et al., Appellants, v. SMITH, Respondent. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by Harvey Westcott and Fred. H. Westcott against F. Ellerton Smith. No opinion. Judgment and order unanimously affirmed, with costs.

WHEATON v. CONROW. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) In the matter of C. A. Wheaton against E. Floyd Conrow.

PER CURIAM. Order reversed, with $10 costs and disbursements, on opinion in Wheaton v. Slattery, 88 N. Y. Supp. 1074.

CHESTER and HOUGHTON, JJ., dissent.

WHEATON v. MORAN. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) In the matter of C. A. Wheaton against James H. Moran.

PER CURIAM. Order reversed, with $10 costs and disbursements, on opinion in Wheaton v. Slattery, 88 N. Y. Supp. 1074.

CHESTER and HOUGHTON, JJ., dissent.

WILSON, Respondent, v. EPSTEIN et al., Appellants. (Supreme Court, Appellate Term. June 23, 1904.) Action by Samuel Wilson against Paul Epstein and others. From a judgment for plaintiff, and from an order denying a new trial, defendants appeal. Reversed. Max Monfried and Julius Fischer, for appellants. Louis Goldberg, for respondent.

PER CURIAM. According to the doctrine of New York Security & Trust Co. v. Lipman, 83 Hun, 569, 32 N. Y. Supp. 65, and the cases therein cited, the present action, so far as the record shows, was prematurely brought. Judgment and order reversed, and new trial ordered, with costs to appellant to abide the event.

SCOTT, J., concurs.

MacLEAN, J. (dissenting). The case of N. Y. Security & Trust Co. v. Lipman, 83 Hun, 569, 32 N. Y. Supp. 65, might apply, did it appear that the action by Mrs. Gordman against Wilson claimed for preventive relief. So far as appears by the record, that action, whatever it may be, is still pending; but it does not appear that its final outcome will or will not determine the right to preventive relief, or that such relief in that action is sought.

WILSON, Appellant, v. WILLIAMS et al., Respondents. (Supreme Court, Appellate Division, First Department. June 24, 1904.) Action by William G. Wilson against Charles H. Williams and another. H. Wallis, for appellant. C. P. Howland, for respondents. No opinion. Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs in this court and in the court below.

WORTHINGTON et al. v. HERRMANN et al. (Supreme Court, Appellate Division, Second Department. June 24, 1904.) Action by Charles C. Worthington and Theodore F. Miller against Theodore L. Herrmann and others. No opinion. Order affirmed, with $10 costs and disbursements.

W. & J. SLOANE v. STOUT. (Supreme Court, Appellate Division, First Department. June 29, 1904.) Action by W. & J. Sloane against James N. Stout. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

YUENGLING v. BETZ. (Supreme Court, Appellate Division, First Department. June 24, 1904.) Action by David G. Yuengling against John F. Betz. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

END OF CASES IN VOL. 89.

*